missed. See this Court's Rule 39.8. 

No. 99–7748. BURGESS v. MONTANA. Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99A515. ASKANAZI v. UNITED STATES. C. A. 6th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2101. IN RE DISBARMENT OF JACOBS. Disbarment entered. [For earlier order herein, see *ante*, p. 801.]

No. D–2111. IN RE DISBARMENT OF KRAMER. Disbarment entered. [For earlier order herein, see *ante*, p. 948.]

No. D–2113. IN RE DISBARMENT OF SUMNER. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–2114. IN RE DISBARMENT OF BEEM. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–2116. IN RE DISBARMENT OF CATO. Disbarment entered. [For earlier order herein, see *ante*, p. 983.]

No. D–2122. IN RE DISBARMENT OF ARNOLD. Disbarment entered. [For earlier order herein, see *ante*, p. 1016.]

No. D–2123. IN RE DISBARMENT OF ROMM. Disbarment entered. [For earlier order herein, see *ante*, p. 1042.]

No. D–2124. IN RE DISBARMENT OF KINANE. Disbarment entered. [For earlier order herein, see *ante*, p. 1043.]

No. D–2125. IN RE DISBARMENT OF TESSEYMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1043.]

No. D–2126. IN RE DISBARMENT OF HANBERY. Disbarment entered. [For earlier order herein, see *ante*, p. 1043.]

No. D–2128. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see *ante*, p. 1043.]